IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL TITUS**                                                                                    **PLAINTIFF**
ADC #168523

v.                              CASE NO. 4:26-CV-00016-BSM

**BULLWEIVELS PAWNSHOP,** *et al*.                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of January, 2026.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE